Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before BIRCH, HULL and PRYOR, Circuit Judges.

PER CURIAM:

Humberto De La Sota–Rivera appeals his 48–month sentence for illegal reentry into the United States after deportation. 8 U.S.C. § 1326(a) & (b)(2). Sota–Rivera argues that the enhancement of his sentence based on his previous criminal conviction violated his rights under the Fifth and Sixth Amendments because the predicate offense was neither charged in the indictment nor found by a jury. *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). We affirm.

Under current Supreme Court precedent, previous convictions can enhance a defendant's sentence without being alleged in the indictment or proved beyond a reasonable doubt. *Almendarez–Torres v. United States*, 523 U.S. 224, 244–46, 118 S.Ct. 1219, 1231–32, 140 L.Ed.2d 350 (1998). That precedent remains good law. *United States v. Camacho–Ibarquen*, 410 F.3d 1307, 1315–16 (11th Cir.), *cert. denied*, —— U.S. ——, 126 S.Ct. 457, 163 L.Ed.2d 347 (2005).

Sota–Rivera's sentence is

**AFFIRMED.**

James D. DAVIS, Kenneth Durden, Carl Morrow, Rex Wamer, Jason Stribling, Anthony Logan, Richard Carignan, on behalf of themselves and others similarly situated, Plaintiffs–Appellants,

Kyle Mackenzie, on behalf of himself and others similarly situated, Plaintiff,

v.

CITY OF LOGANVILLE, Georgia, a municipal corporation, Defendant–Appellee,

James D. Bright, Defendant.

No. 06–13500.

United States Court of Appeals,
Eleventh Circuit.

March 28, 2007.

James L. Stine, Elizabeth K. Dorminey, Wimberly, Lawson, Steckel, Nelson & Schneider, P.C., Atlanta, GA, for Plaintiffs–Appellants.

Jason D. Sammis, Cruser & Mitchell, LLP, Tampa, FL, Robyn Oliver Webb, Cruser & Mitchell, LLP, Norcross, GA, for Defendant–Appellee.

Before HULL and MARCUS, Circuit Judges, and BARZILAY,* Judge.

PER CURIAM:

After review and oral argument, we affirm the March 27, 2006 and May 11, 2006 orders of the district court that, taken together, grant summary judgment in favor of the defendant-appellee on all of the plaintiffs-appellants' claims. We affirm for the reasons outlined in these two thorough orders entered by the district court.

**AFFIRMED.**